# United States Bankruptcy Court
## District of Delaware

In re    **Private Label Cosmetics Holdings, LLC**      Case No. _____
                                         Debtor(s)      Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Private Label Cosmetics Holdings, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Dick Gallentine (President)**

**Salem Capital (mezz lender)**

**Special Situations Fund II, L.P.**

☐ None [*Check if applicable*]

\_\_\_\_\_5/28/10\_\_\_\_\_  
Date

William J. Burnett 4078  
Signature of Attorney or Litigant  
Counsel for    Private Label Cosmetics Holdings, LLC  
Flaster/Greenberg, P.C.  
913 North Market Street  
Suite 1001  
Wilmington, DE 19801  
(302) 351-1910 Fax:(302) 351-1919  
william.burnett@flastergreenberg.com